IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SWEET STREET DESSERTS, INC.,** | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| vs. | : | NO. 12-6115 |
| | : | |
| **BETTER BAKERY, LLC,** | : | |
| Defendant | : | |

## **O R D E R**

**AND NOW,** this 7th day of January, 2013, upon consideration of the defendant's partial motion to dismiss (Document #15), the plaintiff's response thereto (Document #19), and the defendant's reply thereto (Document #23), IT IS HEREBY ORDERED that the motion is GRANTED in its entirety.

IT IS FURTHER ORDERED that Counts II, III, and IV are DISMISSED with prejudice.

                                        BY THE COURT:

                                        /s/ Lawrence F. Stengel
                                        LAWRENCE F. STENGEL, J.