# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SWEET STREET DESSERTS, INC.,** | : | **CIVIL ACTION** |
| Plaintiff | : | |
| | : | |
| v. | : | NO. 12-6115 |
| | : | |
| **BETTER BAKERY, LLC,** | : | |
| Defendant | : | |

## O R D E R

**AND NOW**, this   23rd   day of July, 2015, upon consideration of Defendant Better Bakery LLC's Motion for Summary Judgment (Docket Entry No. 48); Plaintiff Sweet Street Desserts, Inc.'s Motion for Partial Summary Judgment (Docket Entry No. 50); Plaintiff Sweet Street Desserts, Inc.'s Motion for Partial Summary Judgment (Docket Entry No. 54); Plaintiff Sweet Street Desserts, Inc.'s Motion to Amend Scheduling Order and Reopen Discovery (Docket Entry No. 58); Plaintiff Sweet Street Desserts, Inc.'s Motion for Leave to File Reply Memorandum (Docket Entry No. 60); and all responses and replies thereto, it is hereby **ORDERED** that:

1.  Defendant Better Bakery LLC's Motion for Summary Judgment (Docket Entry No. 48) is **GRANTED.** Judgment is **ENTERED** in favor of Defendant Better Bakery LLC and against Plaintiff Sweet Street Desserts, Inc. on all remaining claims contained in Plaintiff's Complaint.

2.  Plaintiff Sweet Street Desserts, Inc.'s Motion for Partial Summary Judgment (Docket Entry No. 50) is **DENIED**.

3. Plaintiff Sweet Street Desserts, Inc.'s Motion for Partial Summary Judgment (Docket Entry No. 54) is **DENIED**.

4. Plaintiff Sweet Street Desserts, Inc.'s Motion to Amend Scheduling Order and Reopen Discovery (Docket Entry No. 58) is **DENIED AS MOOT**.

5. Plaintiff Sweet Street Desserts, Inc.'s Motion for Leave to File Reply Memorandum (Docket Entry No. 60) is **DENIED AS MOOT**.

The Clerk of Court is directed to mark this case CLOSED for all purposes.

                BY THE COURT:

                  /s/ Lawrence F. Stengel
                LAWRENCE F. STENGEL, J.