IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SWEET STREET DESSERTS, INC.,** | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| vs. | : | NO. 12-6115 |
| | : | |
| **BETTER BAKERY, LLC,** | : | |
| Defendant | : | |

# O R D E R

**AND NOW,** this 11th day of December, 2017, upon consideration of the defendant's motion for attorney's fees (Document #86), the plaintiff's response thereto (Document #93), and the defendant's reply brief (Document #97), IT IS HEREBY ORDERED that the motion is DENIED in its entirety.

                                                BY THE COURT:

                                          */s/ Lawrence F. Stengel*
                                         LAWRENCE F. STENGEL, C. J.